UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

FILED
U.S. DISTRICT COURT
INDIANAPOLIS DIVISION

16 JUN -6 PM 2: 52

SOUTHERN DISTRICT
OF INDIANA
LAURA A. BRIGGS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Cause No. 1:16-cr- |
| DONALD L. JORDAN, | ) 1:16-cr-0119 WTL-DKL |
| Defendant. | ) |

# INFORMATION

## INTRODUCTION

The United States Attorney charges that:

### COUNT ONE

**(Possession With Intent to Distribute and To Distribute Alprazolam, 21 U.S.C. § 841(a)(1))**

On or about December 10, 2015, in the Southern District of Indiana and elsewhere, defendant,

**DONALD L. JORDAN,**

did knowingly possess with intent to distribute and to distribute Alprazolam, a/k/a "Xanax", a Schedule IV Controlled Substance.

All in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(2).

1

## COUNT TWO

### (Possession With Intent to Distribute and To Distribute Hydrocodone, 21 U.S.C. § 841(a)(1))

On or about June 26, 2015, in the Southern District of Indiana and elsewhere, defendant,

**DONALD L. JORDAN,**

did knowingly possess with intent to distribute and to distribute hydrocodone, a/k/a "Lortab" a Schedule II Controlled Substance.

All in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C).

### FORFEITURE ALLEGATION

1. The allegations contained in Counts One and Two of this Information are realleged and incorporated by reference herein.

2. Pursuant to Title 18, United States Code, Section 982(a)(1), and Title 21, United States Code, Section 853, upon conviction of the offenses set forth in Counts One and Two of the Information, defendant DONALD L. JORDAN shall forfeit to the United States all right, title, and interest in any and all property involved in the said offenses, and all property traceable to such property, including but not limited to all items seized and taken into police custody upon the defendant JORDAN's December 10, 2015 arrest: police uniform shirt, utility belt, pouches, holster, badge, handcuffs and key, pocket knife, body armor, OC spray, police radio, ammunition, magazines, Smith and Wesson Model 5906 Serial Number VAL8197, Taser and Taser cartridges.

3. Pursuant to Title 21, United States Code, Section 853, defendant JORDAN shall forfeit to the United States substitute property, up to the value of the property described in paragraph 2, above, if, by any act or omission of defendant JORDAN, the property described in paragraph 2, above, or any portion thereof:

a. cannot be located upon the exercise of due diligence;

b. has been transferred to, or sold to, or deposited with, a third party,

c. has been placed beyond the jurisdiction of the court;

d. has been substantially diminished in value, or

e. has been commingled with other property which cannot be subdivided without difficulty.

Pursuant to Title 18, United States Code, Section 982, and Title 21, United States Code, Section 853.

JOSH J. MINKLER
United States Attorney
Southern District of Indiana

STATE OF INDIANA    )
                    ) SS:
COUNTY OF MARION    )

Cynthia J. Ridgeway, being first duly sworn, upon her oath deposes and says that she is an Assistant United States Attorney in and for the Southern District of Indiana, that she makes this affidavit for and on behalf of the United States of America and that the allegations in the foregoing Information are true as she is informed and verily believes.

_____
Cynthia J. Ridgeway
Assistant United States Attorney

Subscribed and sworn to before me, a notary public, on this 6th th day of June 2016.

_____
Guey Jen Yang
Notary Public

My Commission Expires:

June 27, 2022

My County of Residence:

Hendricks

GUEY JEN YANG
Notary Public, State of Indiana
Hendricks County
Commission # 653454
My Commission Expires
June 27, 2022